IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SEQUEIRA, | No.06-1413 MEJ |
| Plaintiff, | ORDER VACATING PRETRIAL CONFERENCE |
| vs. | |
| ALAMEDA COUNTY INDIVIDUALLY et al, | |
| Defendants. | |

Pending before this Court is the Defendant's Motion for Summary Judgement. Therefore the Court hereby vacates the May 18, 2007, Pretrial Conference in this matter.

**IT IS SO ORDERED.**

Dated: May 15, 2007

MARIA-ELENA JAMES
United States Magistrate Judge