**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SEQUEIRA, | Case No. 06-1413 |
| Plaintiff, | ORDER CORRECTING DATE RE: ORDER TO VACATE PRETRIAL CONFERENCE |
| vs. | |
| COUNTY OF ALAMEDA INDIVIDUALLY, et al., | |
| Defendants. | |

On May 15, 2007 this Court issued an Order vacating the upcoming Pretrial Conference in this case. In that Order, the Court inadvertently stated that the Conference was originally set for May 18, 2007. That was an error. The Pretrial Conference was originally set for May 17, 2007 and stands VACATED.

**IT IS SO ORDERED.**

Dated: May 15, 2007

MARIA-ELENA JAMES
United States Magistrate Judge