**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM SEQUEIRA,                                    Case No. C-06-1413 MEJ

        Plaintiff,                              ORDER CONTINUING TRIAL DATE

  vs.

ALAMEDA COUNTY INDIVIDUALLY, et al.,

        Defendants.
_____/


      The Court hereby continues the trial set for June 18, 19, 20, 21, 25, and 26, to August 27, 28, 29, 30, September 4, and 6.


    **IT IS SO ORDERED.**


Dated: June 12, 2007                    _____
                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge