IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SEQUEIRA, | Case No. C-06-1413 MEJ |
| Plaintiff, | ORDER CONTINUING TRIAL DATES |
| vs. | |
| ALAMEDA COUNTY INDIVIDUALLY, et al., | |
| Defendants. | |

The Court hereby continues the trial set for August 27, 28, 29, 30, September 4th and 6th, to November 5, 6, 7, 8, 13, and 14.

**IT IS SO ORDERED.**

Dated: August 13, 2007

MARIA-ELENA JAMES
United States Magistrate Judge