IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SEQUEIRA, | No. C-06-1413 MEJ |
| Plaintiff, | **ORDER STAYING TRIAL** |
| vs. | |
| ALAMEDA COUNTY, | |
| Defendant. | |

Pending before the Court is Defendant Alameda County's Motion for Summary Judgement. Therefore the Court hereby stays the trial scheduled for November 5, 2007, pending its ruling on Defendant's motion.

**IT IS SO ORDERED.**

Dated: October 30, 2007

MARIA-ELENA JAMES
United States Magistrate Judge