IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Sequeira, | No. C 06-1413 MEJ |
| Plaintiff, | ORDER |
| vs. | |
| Alameda Count, | |
| Defendant. | |

The Court will issue its order regarding Defendant's *Motion for Summary Judgement* no later than December 12, 2008.

**IT IS SO ORDERED.**

Dated: November 21, 2008

MARIA-ELENA JAMES
United States Magistrate Judge